No. 72–6855.  CHAN KAM-SHU v. UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 72–6860.  COLLINGWOOD v. MEACHAM, WARDEN. Sup. Ct. Wyo.  Certiorari denied.

No. 72–6861.  REDFORD v. UNITED STATES.  Ct. Cl. Certiorari denied.

No. 72–6862.  BROWN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 72–6863.  LINDSEY v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 72–6864.  JONES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–6866.  KETOLA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–6867.  HARRELSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–6868.  WILLIAMS v. WARDEN, MARYLAND PENITENTIARY.  C. A. 4th Cir.  Certiorari denied.

No. 72–6869.  SIMPSON v. ALABAMA ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 72–6870.  ARNOLD v. BUFFAT ET AL.  C. A. 6th Cir. Certiorari denied.

No. 72–6873.  NEWELL v. HARRIS, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 72–6875.  OLDEN v. McCARTHY, MEN's COLONY SUPERINTENDENT.  C. A. 9th Cir.  Certiorari denied.